UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JUAN CARLOS RAMIREZ ARGUETA and
SANTOS CASTELLANOS VELAZQUEZ,
individually and on behalf of others similarly
situated,

               Plaintiffs,

-against-

DON FILIPPO RESTAURANT CORP.
(D/B/A DON FILIPPO PIZZERIA &
RESTAURANT), PHILIP ARCARA ,
SALVATORE DOE , and CARLOS DOE,

               Defendants
----------------------------------------------------------X

Case 1:20-cv-04216-ALC

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    **Paul Andrew Bartels**
        Bell Law Group, PLLC
        100 Quentin Roosevelt Boulevard, Ste 208
        Garden City, NY 11530
        631-332-6348
        Email: Paul@BellLG.com
        *Attorneys for Defendants*

       PLEASE TAKE NOTICE that Plaintiffs JUAN CARLOS RAMIREZ ARGUETA and SANTOS CASTELLANOS VELAZQUEZ hereby accept the offer of judgment made by Defendants DON FILIPPO RESTAURANT CORP. (D/B/A DON FILIPPO PIZZERIA & RESTAURANT), PHILIP ARCARA, SALVATORE DOE, and CARLOS DOE pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated December 2, 2020. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
          December 3, 2020

Respectfully submitted,

 /s/ Michael Faillace
_____
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
Email: pmetis@metislawoffice.com
*Attorneys for Defendants*

1