UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JUAN CARLOS RAMIREZ ARGUETA and
SANTOS CASTELLANOS VELAZQUEZ,
individually and on behalf of others similarly
situated,

Case 1:20-cv-04216-ALC

**JUDGMENT**

       Plaintiffs,

-against-

DON FILIPPO RESTAURANT CORP.
(D/B/A DON FILIPPO PIZZERIA &
RESTAURANT), PHILIP ARCARA,
SALVATORE DOE , and CARLOS DOE,

       Defendants
----------------------------------------------------------X

On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JUAN CARLOS RAMIREZ ARGUETA and SANTOS CASTELLANOS VELAZQUEZ, have judgment against Defendants DON FILIPPO RESTAURANT CORP. (D/B/A DON FILIPPO PIZZERIA & RESTAURANT), PHILIP ARCARA, SALVATORE DOE, and CARLOS DOE, (collectively "Defendants"), jointly and severally, in the amount of $165,000, (One Hundred and Sixty Fifteen Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2020   SO ORDERED,

                                                                           _____